# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| In re:<br><br>JOSEPH EDWARD KAUTZ AND NICOLE-<br><br>RENEE KAUTZ,<br><br>Debtors. | CHAPTER 13<br><br>Case No.: 19-13761<br><br>DECLARATION OF NO CHANGE |

DECLARATION:

1. D, E/F, G, H and the Statement of Financial Affairs in this converted case contain no changes

I, the attorney of record for the Debtors, have read the foregoing Declaration and hereby certify to the best of my knowledge and ability under penalty of perjury that the facts contained therein are true and accurate.

Sworn at Everett WA on July 6, 2021.

/s/ Ashley Lauber
<u>Ashley Lauber WBA 44099</u>

Declaration of Debtor
Page 1