THE HONORABLE Marc L. Barreca
Chapter 7

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

In re:

KAUTZ, JOSEPH EDWARD

Debtor(s).

Case No. 19-13761-MLB
Chapter 7

**DECLARATION OF REALTOR KAI RAINEY RE: LBR 2014-1**

I, Kai Rainey, hereby declare as follows:

1. That I am a professional person under 11 U.S.C. § 327 seeking employment with the above-named estate pursuant to the application filed herein. I am a Realtor with Re/Max Eastside Brokers 11555 SE 8th St, Ste. 200 Bellevue, WA. I believe we are qualified to render the required services in this case.

2. That to the best of my knowledge I have no present connection or business dealings with the debtor, creditors, trustee, or any other party in interest, their respective attorneys or accountants, the United States Trustee, or any person employed in the office of the United States Trustee.

3. Neither I nor my firm represents an adverse interest to the estate and we are a disinterested party pursuant to 11 USC SS101(14).

4. My firm charges a commission of 6% and 10% for Vacant land.

5. I have read Local Bankruptcy Rule 2016-1 of the United States Bankruptcy Court for the Western District of Washington.

I declare that the foregoing is true under penalty of perjury of the laws of the State of Washington.

**DECLARATION OF REALTOR**
**KAI RAINEY RE: LBR 2014-1-1**
**1 of 2**

Michael P. Klein
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638

DATED this 21 day of July 2021

_____
KAI RAINEY

**DECLARATION OF REALTOR**
KAI RAINEY **RE: LBR 2014-1-1**
**2 of 2**

Michael P. Klein
Chapter 7 Trustee
330 Madison Ave. S., Suite 110
Bainbridge Island, Washington 98110
(206) 842-3638